IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-0234-02-CR-W-SOW |
| ) | |
| MICHAEL A. LEAK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before this Court is the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's motion for a judicial determination of mental competency. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with the recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant is found competent to stand trial and to assist in his defense.

          /s/ Scott O. Wright
          SCOTT O. WRIGHT
          Senior United States District Judge

Date: 12/10/2009